BOERSCH SHAPIRO LLP
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

LAW OFFICE OF JOHN R. GRELE
John R. Grele (State Bar No. 167080)
Jgrele@earthlink.net
1000 Brannan St., Ste. 400
San Francisco, CA 94103
Telephone: (415) 655-8776

Attorneys for Defendant
Jonathan Aguilar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN AGUILAR, *et al.*<br><br>Defendant(s). | Case No. 18-cr-0119-~~CRB~~ RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER DEFENDANT AGUILAR TO GLENN E. DYER DETENTION FACILITY** |

    The parties, through undersigned counsel, hereby request that Defendant Jonathan Aguilar be transferred to Glenn E. Dyer Detention Facility.

    Mr. Aguilar is currently in custody awaiting trial and housed at Santa Rita Jail. Mr. Aguilar was designated to Santa Rita for medical treatment, but that medical treatment is no longer needed. Furthermore, the offices of Mr. Aguilar's counsel, Martha Boersch and John Grele, are located in Oakland and San Francisco, respectively, and counsel are court appointed under the Criminal Justice

STIPULATION AND [PROPOSED] ORDER
TO TRANSFER DEFENDANT
Case No.: 18-cr-0119-CRB

Act (CJA). The costs to the government are increased because of the significant time it takes counsel to travel to and from Santa Rita for visits.

For the foregoing reasons, Mr. Aguilar's counsel respectfully requests that Mr. Aguilar be transferred to Glenn E. Dyer Detention Facility. Counsel for Mr. Aguilar has conferred with counsel for the United States and they have no objection to the transfer.

It is therefore agreed and stipulated that Defendant Jonathan Aguilar be transferred as soon as reasonably possible to Glenn E. Dyer Detention Facility.

IT IS SO STIPULATED.

Dated: May 14, 2018

   /s/Martha Boersch_____
Martha Boersch

Dated: May 14, 2018

   /s/John R. Grele_____
John R. Grele

Attorneys for Defendant
Jonathan Aguilar

Dated: May 14, 2018

   /s/Andrew Scoble_____
Andrew Scoble

Attorneys for Plaintiff
United States of America

**[~~PROPOSED~~] ORDER**

Having reviewed the foregoing stipulation and GOOD CAUSE having been shown, Defendant Jonathan Aguilar shall be moved from Santa Rita Jail to Glenn E. Dyer Detention Facility immediately.

IT IS SO ORDERED.

Date: May 14, 2018

_____
HONORABLE RICHARD SEEBORG
United States District Judge