1  ALEX G. TSE (CABN 152348)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CABN 124940)
   RAVI NARAYAN (IABN AT0011948)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7249/7369
        Fax: (415) 436-7234
8       Email: andrew.scoble@usdoj.gov
        Email: ravi.narayan@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 14 UNITED STATES OF AMERICA, ) | No.: CR 18-0119 RS |
| 15      Plaintiff, ) | |
| 16   v. ) | STIPULATION AND [~~PROPOSED~~] ORDER VACATING HEARING |
| 17  (1) JONATHAN AGUILAR,<br>      a/k/a "Trompo," ) | |
| 18  (2) LUIS CID-SALINAS,<br>      a/k/a "Lonely," a/k/a "Lonely Boy," ) | |
| 19  (3) JUAN CARLOS GALLARDO,<br>      a/k/a "Huero," ) | |
| 20  (4) JOSUE GONZALEZ,<br>      a/k/a "Ghost," a/k/a "Fedi," ) | |
| 21  (5) ORLANDO CARLOS HERNANDEZ,<br>      a/k/a "Chisto," ) | |
| 22  (6) MICHAEL REBOLLEDO,<br>      a/k/a "Gallo," ) | |
| 23  (7) MARIO REYES,<br>      a/k/a "Shy Boy," ) | |
| 24  (8) LUIS ROJAS,<br>      a/k/a "Grizz," a/k/a "Grizzly," ) | |
| 25  (9) EDDY URBINA,<br>      a/k/a "Rhino," ) | |
| 26 (10) WESTON VENEGAS,<br>      a/k/a "Cartoon," ) | |
| 27      Defendants. ) | |
| 28 | |

On December 14, 2018, the parties appeared before the Court for a hearing on the government's proposed Protective Order. After hearing argument, the Court directed the parties to meet and confer regarding certain issues. The Court set the matter for further hearing on December 21, 2018.

On December 17 and December 18, government counsel and defense counsel met and conferred regarding the proposed Protective Order. Following these discussions, the parties agreed to the following:

(1) The government will produce the discovery materials previously marked as "Protected Materials," without a corresponding Protective Order, on or before January 16, 2019.

(2) The government will have until January 16, 2019, to prepare these materials for production, including by evaluating the materials for further redactions. Defendants reserve their right to challenge these redactions at a later date.

(3) Given the resolution reached by the parties, the hearing currently scheduled for December 21, 2018, should be vacated.

IT IS SO STIPULATED.

Dated: December 19, 2018

ALEX G. TSE
United States Attorney

By: _____/s/_____
ANDREW M. SCOBLE
RAVI T. NARAYAN
Assistant United States Attorneys

Dated: December 19, 2018

_____/s/_____
MARTHA BOERSCH
JAMES THOMSON
ETHAN A. BALOGH
On Behalf of All Defendants

IT IS SO ORDERED.

Dated: December 19, 2018

_____
HON. JOSEPH C. SPERO
Chief United States Magistrate Judge

ORDER VACATING HEARING
[CR 18-0119 RS]
2