1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Criminal, Division Chief

4  ANDREW M. SCOBLE (CABN 124940)
   RAVI T. NARAYAN (IABN AT0011948)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7249/7369
        Fax: (415) 436-7234
8       Email: andrew.scoble@usdoj.gov
        Email: ravi.narayan@usdoj.gov
9
   Attorneys for United States of America
10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,              )
   |                                        )  No.: CR 18-0119 RS
15 |        Plaintiff,                      )
   |                                        )
16 |   v.                                   )  STIPULATION AND ORDER EXCLUDING
   |                                        )  TIME FROM SPEEDY TRIAL
17 |  (1)  JONATHAN AGUILAR,                )  CALCULATION
   |          a/k/a "Trompo,"               )
18 |  (2)  LUIS CID-SALINAS,                )
   |          a/k/a "Lonely," a/k/a "Lonely Boy," )
19 |  (3)  JUAN CARLOS GALLARDO,            )
   |          a/k/a "Huero,"                )
20 |  (4)  JOSUE GONZALEZ,                  )
   |          a/k/a "Ghost," a/k/a "Fedi,"  )
21 |  (5)  ORLANDO CARLOS HERNANDEZ,        )
   |          a/k/a "Chisto,"               )
22 |  (6)  MICHAEL REBOLLEDO,               )
   |          a/k/a "Gallo,"                )
23 |  (7)  MARIO REYES,                     )
   |          a/k/a "Shy Boy,"              )
24 |  (8)  LUIS ROJAS,                      )
   |          a/k/a "Grizz," a/k/a "Grizzly," )
25 |  (9)  EDDY URBINA,                     )
   |          a/k/a "Rhino,"                )
26 | (10)  WESTON VENEGAS,                  )
   |          a/k/a "Cartoon,"              )
27 |                                        )
   |        Defendants.                     )
28 |_____)

| | |
|---|---|
| 1 | <u>STIPULATION</u> |
| 2 | IT IS HEREBY STIPULATED, by the parties through their undersigned counsel, that the |
| 3 | [Proposed] Order set out below may (with the Court's concurrence) be filed and issued. |
| 4 | SO STIPULATED. |

Dated: March 6, 2019

DAVID L. ANDERSON
United States Attorney

By: _____/s/_____
ANDREW M. SCOBLE
RAVI T. NARAYAN
Assistant United States Attorneys

Dated: March 6, 2019

_____/s/_____
MARTHA BOERSCH
JJOHN R. GRELE
Counsel for Jonathan Aguilar

Dated: March 6, 2019

_____/s/_____
BRIAN H. GETZ
MARK A. LARRAÑAGA
Counsel for Luis Cid-Salinas

Dated: March 6, 2019

_____/s/_____
JULIA MAZHINSKY JAYNE
JOHN BALAZS
Counsel for Juan Carlos Gallardo

Dated: March 6, 2019

_____/s/_____
KATHRYN ROSS
RICHARD P. LASTING
Counsel for Josue Gonzalez

Dated: March 6, 2019

_____/s/_____
HARRIS BRUCE TABACK
DEK KETCHUM
Counsel for Orlando Carlos Hernandez

| | | |
|---|---|---|
| Dated: March 6, 2019 | | /s/ |
| | | MARK GOLDROSEN |
| | | PAM HERZIG |
| | | Counsel for Michael Rebolledo |

Dated: March 6, 2019
                            /s/
GEORGE C. BOISSEAU
Counsel for Mario Reyes

Dated: March 6, 2019
                            /s/
ALEXANDRA McCLURE
MARCIA ANN MORRISSEY
Counsel for Luis Rojas

Dated: March 6, 2019
                            /s/
SHAFFY MOEEL
JAMES S. THOMSON
Counsel for Eddy Urbina

Dated: March 6, 2019
                            /s/
ETHAN A. BALOGH
TIMOTHY A. SCOTT
Counsel for Weston Venegas

## ORDER EXCLUDING TIME

The parties came before the Court on February 28, 2019 for a hearing on defendant Eddy Urbina's Motion for Setting of Case Management Schedule that Permits Eddy Urbina the Opportunity to Meaningfully Present His Case for Life and Motion for Discovery of Materials that Will Achieve that Goal (Dkt. 132), in which seven defendants had filed joinders, as well as for further status on this case.

Defendant Mario Reyes (who did not join the motion) appeared out of custody, represented by George Boisseau. The appearance of defendant Luis Rojas (who did not join the motion) had previously been waived. The eight remaining defendants appeared in custody, represented by counsel of record. Defendant Cid-Salinas was assisted by sworn Spanish interpreter Daniel Navarro. The government was

represented by Assistant U.S. Attorneys Andrew M. Scoble and Ravi T. Narayan.

The Court heard argument on defendant Urbina's motion. The Court has denied the motion.

The parties reported on the current status of the authorization process, and informed the Court that conferences in Washington, D.C. are currently scheduled in April and May of 2019, with the last of them set for May 20, 2019. The Court then requested that the parties meet and confer to propose a further status date in June 2019, on a date when the secure courtroom (Courtroom Four) would be available for the calling of this case. The Court offered three different Fridays in June 2019 as possible dates. As set forth below, the parties are suggesting June 28, 2019 for that status hearing.

The parties agree to an exclusion of the otherwise applicable Speedy Trial Act calculation from February 28, 2019 (the date of the motion and status hearing) through and including June 28, 2019 (the date of the next status hearing), on the grounds of the need for effective preparation of the defense.

THE COURT FINDS THAT the ends of justice served by granting a continuance from February 28, 2019 through and including June 28, 2019 outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER FINDS THAT, in light of the need for the parties to prepare for and participate in Capital Review Committee conferences, to allow time for the Department of Justice to proceed with determination of whether or not to seek the death penalty on death-eligibility charges, and for the parties to further assess the impact of that determination on case scheduling issues, failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to June 28, 2019 at 10:00 a.m. for further status, with the hearing to be held in Courtroom Four.

/ /
/ /
/ /
/ /

ORDER EXCLUDING TIME    4
[CR 18-0119 RS]

2. Defense counsel shall lodge any objections to shackling, by June 21, 2019.

3. The period from February 28, 2019 through and including June 28, 2019 (the date of the next hearing in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 3/6/19

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE