# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

**Date:** February 21, 2020                    **Judge:**  Honorable Richard Seeborg

**Court Reporter:** Marla Knox
**Time:** 20 minutes
**Case No.:** CR 18-00119 RS
**Case Name:**  United States of America v. (see below)

|  | **Defense Counsel:** |
|---|---|
| Jonathan Aguilar **(P)(Custody)(1)** | Martha Boersch |
| Luis Cid-Salinas **(P) (Appearance waived)(2)** | Brian Getz |
| Juan Carlos Gallardo **(P)(Custody)(3)** | Ashley Riser |
| Josue Gonzalez **(P)(Appearance waived)(4)** | No Attorney Appearance |
| Orlando Carlos Hernandez **(P)(Custody)(5)** | Harris Taback |
| Michael Rebolledo **(P)(Custody)(6)** | Mark Goldrosen, Pam Herzig, Don Knight |
| Mario Reyes **(P)(Out of Custody)(7)** | Harris Taback appearing specially for George Boisseau |
| Eddy Urbina **(P)(Custody)(9)** | James Thomson |
| Weston Venegas **(P)(Custody)(10)** | Ethan Balogh |

**Attorney(s) for Government:** Andrew Scoble, Ravi Narayan
**Attorney(s) for Defendant(s):** See above
**Interpreter:** n/a
**Probation Officer:** n/a
**Deputy Clerk:** Corinne Lew

## PROCEEDINGS

Status Hearing Held.

## SUMMARY

The judge approved the use of restraints.  Government has spent their efforts trying to pursue plea negotiations with the various defendants.  The parties continue to meet and confer either by phone or in person.  Case currently scheduled on 4/21/2020 has been continued to **4/22/2020 at 2:30 p.m.** for Status and Motions Hearing. Case currently scheduled on 6/23/2020 has been continued to **6/24/2020 at 2:30 pm** for Motions Hearing.

EXCLUDABLE DELAY:
Category: Effective Preparation of Counsel – for the reasons stated on the record.
Begins: 2/21/2020
Ends: 6/24/2020
Government to prepare an exclusion order