SHAFFY MOEL
California SBN 238732
Moeel Law Office
1611 Telegraph Ave. Suite 806
Oakland, CA 94612
Telephone: (415) 735-5021
shaffymoeel@gmail.com

JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124
Email: james@ycbtal.net

Attorneys for Defendant
EDDY URBINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**EDDY URBINA** *et al.***,**<br><br>Defendant(s). | Case Number: 18CR0119-RS<br><br>**DEFENDANT'S JOINDER TO DEFENDANT REBOLLEDO'S REPLIES TO THE GOVERNMENT'S RESPONSE AND OPPOSITION TO MOTIONS FOR DISCLOSURE REGARDING THE GRAND JURY AND DISCOVERY**<br><br>Date: June 22, 2020<br>Time: 10:00 am<br>COURT: Joseph C. Spero, U.S. Mag. Judge |

Defendant's Joinder to Replies to Government's Response and Opposition to Motions for Disclosure of Grand Jury Materials and Discovery
18CR0119-RS

Mr. Urbina moves to join in replies to (1) the government's response and opposition to the motion for discovery and (2) the government's response and opposition to the motion for disclosure regarding the grand jury, both filed by his co-defendant Mr. Rebolledo.

In his motion and reply regarding the necessity for disclosure of the transcript of the prosecutor's charging instructions to the grand jury, Mr. Rebolledo argues that he has a particularized need for them because of the complexity of the charges before the grand jury.  Mr. Urbina agrees.  Here, where prosecutor's charging instructions to the grand jury raise important questions the answers to which may form the basis of a motion to dismiss the indictment, the need for the disclosure--to ensure the validity of the indictment—is significant.  And this need outweighs the need for any secrecy because the government has already arrested and indicted the defendants it intended to charge.

For all the reasons stated in Mr. Rebolledo's replies, which apply with equal force to Mr. Urbina, and based on the record herein, the Court should exercise its discretion and order the government to produce discovery and grand jury materials as requested by the defense in prior pleadings.

Respectfully submitted,

Dated:  June 2, 2020

*/s/ Shaffy Moeel*
SHAFFY MOEEL
Attorney for Defendant

/s/ James S. Thomson
JAMES S. THOMSON
Attorney for Defendant

Defendant's Joinder to Replies to Government's Response and Opposition to Motions for Disclosure of Grand Jury Materials and Discovery
18CR0119-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant's Joinder to Replies to Government's Response and Opposition to Motions for Disclosure of Grand Jury Materials and Discovery
18CR0119-RS