DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/7369
    Fax: (415) 436-7234
    Email: andrew.scoble@usdoj.gov
    Email: ravi.narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 18-0119 RS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MOTION HEARING |
| JONATHAN AGUILAR, et al. | |
| Defendants. | |

On March 9, 2020, and April 17, 2020, various defendants filed motions for discovery. (Dkt. 251-253, 264-267). On May 22, 2020, the government filed responses to those motions. (Dkt. 280, 281). Various defendants have since filed replies and joinders to those replies. (Dkt. 285-288). These motions are currently set for hearing before the Honorable Joseph C. Spero on June 22, 2020, at 10:00 a.m. (Dkt. 276.)

Pursuant to General Orders 72-3, 73, and subsequent direction from the Court, in-person court appearances are currently limited to ten or fewer individuals in a courtroom. Here, as many as eight defendants wish to be personally present for the hearing on the outstanding discovery motions. Given the current pandemic-related restrictions on number of personally present participants, the parties agree

1  that the hearing scheduled for June 22, 2020, at 10:00 a.m. should be continued.  Upon consulting with
2  one another and court staff, the parties have agreed upon a new hearing date of **July 28, 2020, at 10:00**
3  **a.m.**
4      In the meantime, the parties continue to meet and confer informally by telephone on various
5  discovery issues, in an effort to explore resolutions without calling on the Court's intervention.  For
6  instance, pursuant to a request in late 2019 by defense counsel, the government has been gathering and
7  producing on a rolling basis various law enforcement reports and materials for alleged 19th Street and
8  16th Street gang members.  Moreover, after informal consultation with various defense counsel, the
9  government has started gathering materials related to follow-up requests from the defense, based in part
10 on reports previously produced in discovery and in part on anticipated expert witness testimony.  On
11 June 1, 2020, the government provided preliminary notice of expert witnesses, as well as a response for
12 notice of *Bruton* materials.  The government is preparing a supplemental production of more than 600
13 pages of materials that will bear on anticipated expert witness testimony (including Firearms and
14 Toolmarks and fingerprint identification).  The government is in the process of gathering and preparing
15 for discovery production similar materials pertaining to autopsies of deceased victims and medical
16 treatment of surviving victims, in connection with incidents charged in the pending indictment.
17     In short, the parties are making a good-faith effort to keep the case moving forward, while trying
18 to resolve as many pretrial issues informally as they can, in order to narrow and refine the list of issues
19 that they feel must be heard and determined by the Court.  The parties will be submitting a separate
20 stipulation and proposed order to Judge Seeborg requesting an exclusion under the Speedy Trial Act.
21     Based on the above, IT IS HEREBY STIPULATED, by the parties through their undersigned
22 counsel, that the [Proposed] Order set out below may (with the Court's concurrence) be filed and issued.
23     SO STIPULATED.
24 Dated:  June 5, 2020      DAVID L. ANDERSON
                                         United States Attorney

26                                       By:      /s/
                                         ANDREW M. SCOBLE
27                                       RAVI T. NARAYAN
                                         Assistant United States Attorneys

[PROPOSED] ORDER      2
[CR 18-0119 RS]

| | |
|---|---|
| Dated: June 5, 2020 | /s/ <br> MARTHA BOERSCH <br> Counsel for Jonathan Aguilar |
| Dated: June 5, 2020 | /s/ <br> BRIAN H. GETZ <br> Counsel for Luis Cid-Salinas |
| Dated: June 5, 2020 | /s/ <br> JULIA MEZHINSKY JAYNE <br> Counsel for Juan Carlos Gallardo |
| Dated: June 5, 2020 | /s/ <br> HARRIS BRUCE TABACK <br> Counsel for Orlando Carlos Hernandez |
| Dated: June 5, 2020 | /s/ <br> MARK GOLDROSEN <br> PAM HERZIG <br> DONALD KNIGHT <br> AMY P. KNIGHT <br> Counsel for Michael Rebolledo |
| Dated: June 5, 2020 | /s/ <br> GEORGE C. BOISSEAU <br> Counsel for Mario Reyes |
| Dated: June 5, 2020 | /s/ <br> SHAFFY MOEEL <br> JAMES S. THOMSON <br> Counsel for Eddy Urbina |
| Dated: June 5, 2020 | /s/ <br> ETHAN A. BALOGH <br> Counsel for Weston Venegas |

## [PROPOSED] ORDER

Based on the stipulations of the parties, THE COURT ORDERS THAT:

1. The motion hearing set for June 22, 2020, at 10:00 a.m. is continued to July 28, 2020 at 10:00 a.m.

IT IS SO ORDERED.

DATED: June 8, 220

HON. JOSEPH C. SPERO
CHIEF U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER       3
[CR 18-0119 RS]