STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
RAVI T. NARAYAN (IABN AT0011948)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    Fax: (415) 436-6753
    Email: andrew.scoble@usdoj.gov
    Email: ravi.narayan@usdoj.gov
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JONATHAN AGUILAR, et al.<br>    Defendants. | No.: CR 18-0119 RS<br><br>STIPULATION AND ORDER CONTINUING MOTION HEARING AND ADJUSTING BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED that,

For the reasons set forth below, the parties request (1) a continuance of the next hearing date, at which Round 2 motions and a status conference are to be heard, from August 10, 2021 to November 9, 2021; (2) a corresponding continuance of the briefing schedule for Round 2 motions; and (3) an exclusion of time under the Speedy Trial Act from August 10, 2021 (through which Speedy Trial Act exclusions have already been ordered) through November 9, 2021.

On March 9, 2020, and April 17, 2020, various defendants filed motions for discovery related to the Round 1 motions schedule. (Dkt. 251-253, 264-267). On May 22, 2020, the government filed

responses to those motions. (Dkt. 280, 281). Various defendants have since filed replies and joinders to those responses. (Dkt. 285-288). These motions are fully briefed and have previously been set for hearing before the Honorable Joseph C. Spero on several prior dates (Dkt. 276, 309, 325, 349). The parties have previously requested continuances of this hearing date due to the defendants' desire to participate in the hearing, which remains impossible due to the global pandemic. The Honorable Chief Magistrate Joseph Spero has ordered those continuances. (Dkt. 309, 325). On May 12, 2021, Judge Spero granted the parties' request for a further continuance of Round 1 motions from May 20, 2021 to July 28, 2021. (Dkt. 349).

      The parties now request that this Court continue the Round 2 motions schedule by approximately the same period (two to three months) by which the Round 1 motions have been continued. The parties are currently scheduled to brief Round 2 motions in July and August 2021. The parties also seek a corresponding Speedy Trial Act exclusion through November 9, 2021. The grounds for the requested continuance and exclusion are as follows:

      The COVID-19 pandemic continues to prevent defendants from appearing in person at court proceedings. Due to the number of defendants in this case, the defendants are also unable to appear by videoconferencing at group hearings. The defendants wish to personally participate in these substantive motion hearings. It is the parties' hope that, with additional time, the defendants will be able to participate in the hearings either in person or by teleconference.

      Since the Court last granted the parties' prior stipulation for a continuance (Dkt. 336), the parties have continued to regularly meet and confer informally by telephone and/or letter regarding discovery issues in an ongoing effort to resolve issues without the Court's intervention. The government continues to gather and produce discovery previously requested by defense counsel. For example, on April 29, 2021, the government produced approximately 700 pages of discovery materials responsive to previous defense requests. Additionally, the parties have met and conferred several times regarding the government producing thousands of additional pages of discovery pursuant to a stipulated protective order, and the government anticipates being able to make that production soon. As it previously stated, the government hopes that completing discovery in this time period will allow for more expeditious motion practice and trial setting.

STIP AND [PROPOSED] ORDER       2
[CR 18-0119 RS]

Based on the above, the parties request that the Court continue the Round 2 motion briefing schedule as follows:

    Defense Filing Date: September 28, 2021

    Government Oppositions: October 26, 2021

    Defense Replies: November 2, 2021

    Motion Hearing Date: November 9, 2021 at 10:00 a.m.

The parties agree that, in light of the above, the ends of justice served by granting a continuance through and including November 9, 2021, outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A). The parties also agree that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

The parties further agree that failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED.

Dated: May 18, 2021                                      STEPHANIE M. HINDS
                                                             Acting United States Attorney

                                                    By:    /s/
                                                              ANDREW M. SCOBLE
                                                              RAVI T. NARAYAN
                                                              RICHARD EWENSTEIN
                                                              Assistant United States Attorneys

Dated: May 18, 2021                                                   /s/
                                                              MARTHA BOERSCH
                                                              Counsel for Jonathan Aguilar

Dated: May 18, 2021                                                   /s/
                                                              JULIA MEZHINSKY JAYNE
                                                             Counsel for Juan Carlos Gallardo

Dated: May 18, 2021                                                   /s/
                                                              HARRIS BRUCE TABACK

Counsel for Orlando Carlos Hernandez

Dated: May 18, 2021

/s/
MARK GOLDROSEN
PAM HERZIG
DONALD KNIGHT
AMY P. KNIGHT
Counsel for Michael Rebolledo

Dated: May 18, 2021

/s/
GEORGE C. BOISSEAU
Counsel for Mario Reyes

Dated: May 18, 2021

/s/
SHAFFY MOEEL
JAMES S. THOMSON
Counsel for Eddy Urbina

Dated: May 18, 2021

/s/
ETHAN A. BALOGH
Counsel for Weston Venegas

ORDER

THE COURT ORDERS THAT the previous briefing schedule for the second round of motions is continued as follows:

    Defense Filing Date: September 28, 2021

    Government Oppositions: October 26, 2021

    Defense Replies: November 2, 2021

    Motion Hearing Date: November 9, 2021 at 10:00 a.m.

THE COURT ORDERS THAT a status hearing is also set for November 9, 2021, at 10:00 a.m.

THE COURT FINDS THAT the ends of justice served by granting a continuance from August 10, 2021, through and including November 9, 2021, outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER FINDS THAT this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS THAT, to allow time for the parties to address ongoing discovery issues which, in turn, will affect pretrial motions, failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, THE COURT ORDERS THAT, the period from August 10, 2021 through and including November 9, 2021 (the date of the next hearing in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (B)(iv).

IT IS SO ORDERED.

DATED: May 20, 2021

                                              HON. RICHARD SEEBORG
                                              UNITED STATES DISTRICT JUDGE