STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
RAVI T. NARAYAN (IABN AT0011948)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    Fax: (415) 436-6753
    Email: andrew.scoble@usdoj.gov
    Email: ravi.narayan@usdoj.gov
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JONATHAN AGUILAR, et al.<br>    Defendants. | No.: CR 18-0119 RS<br><br>STIPULATION AND ORDER CONTINUING MOTION HEARING AND ADJUSTING BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED that,

For the reasons set forth below, the parties request (1) a continuance of the next hearing date, at which Round 2 motions and a status conference are to be heard, from November 9, 2021 to March 29, 2022; (2) a corresponding continuance of the briefing schedule for Round 2 motions; and (3) an exclusion of time under the Speedy Trial Act from November 9, 2021 (through which Speedy Trial Act exclusions have already been ordered) through March 29, 2022.

On March 9, 2020, April 17, 2020, and June 25, 2021, various defendants filed motions for discovery related to the Round 1 motions schedule. (Dkt. 251-253, 264-267, 365.) On May 22, 2020

and July 8, 2021, the government filed responses to those motions. (Dkt. 280, 281, 374.) Various defendants have since filed replies and joinders to those responses. (Dkt. 285-288, 380.) These motions are fully briefed and have previously been set for hearing before the Honorable Joseph C. Spero on several prior dates (Dkt. 276, 309, 325, 349.) The parties have previously requested continuances of this hearing date due to the defendants' desire to participate in the hearing, which remains impossible due to the global pandemic. The Honorable Chief Magistrate Joseph Spero has ordered those continuances. (Dkt. 309, 325, 349.) On May 12, 2021, Judge Spero granted the parties' request for a further continuance of Round 1 motions from July 28, 2021 to October 6, 2021. (Dkt. 370.) Contemporaneously with this request, the parties are jointly submitting to Judge Spero a request for a further continuance of Round 1 motions from October 6, 2021 to January 20, 2022.

The parties now request that this Court continue the Round 2 motions schedule by approximately the same period (three to four months) as the requested continuance for the Round 1 motions. The parties are currently scheduled to brief Round 2 motions in late September through early November 2021. The parties also seek a corresponding Speedy Trial Act exclusion through March 29, 2022. The grounds for the requested continuance and exclusion are as follows:

The COVID-19 pandemic continues to prevent defendants from appearing in person at court proceedings. Due to the number of defendants in this case, the defendants are also unable to appear by videoconferencing at group hearings. The defendants wish to personally participate in these substantive motion hearings. It is the parties' hope that, with additional time, the defendants will be able to participate in the hearings either in person or by teleconference.

Since the Court last granted the parties' prior stipulation for a continuance (Dkt. 351), the parties have continued to regularly meet and confer informally as necessary issues in an ongoing effort to resolve issues without the Court's intervention. The government also recently presented reverse proffers to two defendants and their counsel in order to provide additional information and further the case's progress. As it previously stated, the government hopes that completing discovery in this time period will allow for more expeditious motion practice and trial setting.

STIP AND [PROPOSED] ORDER                    2
[CR 18-0119 RS]

Based on the above, the parties request that the Court continue the Round 2 motion briefing schedule as follows:

    Defense Filing Date: February 22, 2022

    Government Oppositions: March 15, 2022

    Defense Replies: March 22, 2022

    Motion Hearing Date: March 29, 2022 at 9:30 a.m.

The parties agree that, in light of the above, the ends of justice served by granting a continuance through and including March 29, 2022, outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A). The parties also agree that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

The parties further agree that failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED.

Dated: September 10, 2021

    STEPHANIE M. HINDS
    Acting United States Attorney

By:    /s/
ANDREW M. SCOBLE
RAVI T. NARAYAN
RICHARD EWENSTEIN
Assistant United States Attorneys

Dated: September 10, 2021

    /s/
MARTHA BOERSCH
Counsel for Jonathan Aguilar

Dated: September 10, 2021

    /s/
JULIA MEZHINSKY JAYNE
Counsel for Juan Carlos Gallardo

| | | |
|---|---|---|
| 1 | Dated: September 10, 2021 | /s/_____<br>HARRIS BRUCE TABACK<br>Counsel for Orlando Carlos Hernandez |
| 2 | | |
| 3 | Dated: September 10, 2021 | /s/_____<br>MARK GOLDROSEN<br>PAM HERZIG |
| 4 | | DONALD KNIGHT<br>AMY P. KNIGHT |
| 5 | | Counsel for Michael Rebolledo |
| 7 | Dated: September 10, 2021 | /s/_____<br>GEORGE C. BOISSEAU<br>Counsel for Mario Reyes |
| 9 | Dated: September 10, 2021 | /s/_____<br>SHAFFY MOEEL<br>JAMES S. THOMSON |
| 10 | | Counsel for Eddy Urbina |
| 12 | Dated: September 10, 2021 | /s/_____<br>ETHAN A. BALOGH<br>Counsel for Weston Venegas |

ORDER

THE COURT ORDERS THAT the previous briefing schedule for the second round of motions is continued as follows:

    Defense Filing Date: February 22, 2022

    Government Oppositions: March 15, 2022

    Defense Replies: March 22, 2022

    Motion Hearing Date: March 29, 2022 at 9:30 a.m.

THE COURT ORDERS THAT a status hearing is also set for March 29, 2022, at 10:00 a.m.

THE COURT FINDS THAT the ends of justice served by granting a continuance from November 9, 2021, through and including March 29, 2022, outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER FINDS THAT this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS THAT, to allow time for the parties to address ongoing discovery issues which, in turn, will affect pretrial motions, failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, THE COURT ORDERS THAT, the period from November 9, 2021 through and including March 29, 2022 (the date of the next hearing in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (B)(iv).

IT IS SO ORDERED.

DATED: September 13, 2021

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE