STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    Fax: (415) 436-6753
    Email: andrew.scoble@usdoj.gov
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JONATHAN AGUILAR, et al.<br>    Defendants. | No.: CR 18-0119 RS<br><br>STIPULATION AND ORDER CONTINUING MOTION HEARING AND ADJUSTING BRIEFING SCHEDULE, WITH EXCLUSION OF TIME |

IT IS HEREBY STIPULATED that,

For the reasons set forth below, the parties request (1) a continuance of the next hearing date, at which Round 2 motions and a status conference are to be heard, from March 29, 2022 to June 14, 2022; (2) a corresponding continuance of the briefing schedule for Round 2 motions; and (3) an exclusion of time under the Speedy Trial Act from March 29, 2022 (through which Speedy Trial Act exclusions have already been ordered) through June 14, 2022.

On January 20, 2022, the parties appeared before the Honorable Joseph C. Spero for a hearing on "Round 1" discovery motions. (Dkt. 251-253, 264-267, 279-281, 426.) On February 14, 2022, Judge Spero issued a discovery order disposing of the motions addressed at the January 20 hearing. (Dkt.

429.)

Further, the government has informed the defense of potential developments that could moot one or more of the defense's contemplated Round 2 motions. These potential developments could facilitate the resolution of the case as to one or more defendants.

The parties now respectfully request that this Court continue the Round 2 motions schedule by approximately 11 weeks, to June 14, 2022. The parties also seek a corresponding Speedy Trial Act exclusion through June 14, 2022. The grounds for the requested continuance and exclusion are as follows:

On December 10, 2021, the government produced to the defense over 19,000 pages of medical records concerning approximately twelve victims. The government is preparing a second production of medical records for a second and final group of victims. The defense needs time to review the discovery already produced and soon to be produced.

The parties need time to consider the potential developments in the posture of the case and how those developments affect the motions to be filed and the possibility of resolving the case.

Based on the above, the parties respectfully request that the Court continue the Round 2 motion briefing schedule as follows:

Defense Filing Date: May 10, 2022

Government Oppositions: May 31, 2022

Defense Replies: June 7, 2022

Motion Hearing Date: June 14, 2022 at 9:30 a.m.

The parties agree that, in light of the above, the ends of justice served by granting a continuance through and including June 14, 2022, outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A). The parties also agree that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

The parties further agree that failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED.

Dated: February 18, 2022                                STEPHANIE M. HINDS
                                                        United States Attorney

                                                By:         /s/
                                                        ANDREW M. SCOBLE
                                                        RICHARD EWENSTEIN
                                                        Assistant United States Attorneys

Dated: February 18, 2022                                    /s/
                                                        MARTHA BOERSCH
                                                        Counsel for Jonathan Aguilar

Dated: February 18, 2022                                    /s/
                                                        JULIA MEZHINSKY JAYNE
                                                        Counsel for Juan Carlos Gallardo

Dated: February 18, 2022                                    /s/
                                                        HARRIS BRUCE TABACK
                                                        Counsel for Orlando Carlos Hernandez

Dated: February 18, 2022                                    /s/
                                                        MARK GOLDROSEN
                                                        PAM HERZIG
                                                        DONALD KNIGHT
                                                        AMY P. KNIGHT
                                                        Counsel for Michael Rebolledo

Dated: February 18, 2022                                    /s/
                                                        GEORGE C. BOISSEAU
                                                        Counsel for Mario Reyes

Dated: February 18, 2022                                    /s/
                                                        SHAFFY MOEEL
                                                        JAMES S. THOMSON
                                                        Counsel for Eddy Urbina

Dated: February 18, 2022                                    /s/
                                                        GAIL SHIFMAN
                                                        Counsel for Weston Venegas

## ORDER

THE COURT ORDERS THAT the previous briefing schedule for the second round of motions is continued as follows:

    Defense Filing Date: May 10, 2022

    Government Oppositions: May 31, 2022

    Defense Replies: June 7, 2022

    Motion Hearing Date: June 14, 2022 at 9:30 a.m.

THE COURT ORDERS THAT a status hearing is also set for June 14, 2022, at 9:30 a.m.

THE COURT FINDS THAT the ends of justice served by granting a continuance from March 29, 2022, through and including June 14, 2022, outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER FINDS THAT this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS THAT, to allow time for the parties to address ongoing discovery issues which, in turn, will affect pretrial motions, failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, THE COURT ORDERS THAT, the period from March 29, 2022 through and including June 14, 2022 (the date of the next hearing in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (B)(iv).

IT IS SO ORDERED.

DATED: 2/22/2022

                                                      HON. RICHARD SEEBORG
                                                    UNITED STATES DISTRICT JUDGE