MARK GOLDROSEN, ESQ. (CALBN 101731)
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

PAMELA J. HERZIG, ESQ. (CALBN 160661)
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

DONALD R. KNIGHT, ESQ. (CBN 12838)
Attorney at Law
7852 S. Elati Street
Suite 201
Littleton, CO 80120
Telephone: (303) 797-1645
Facsimile: (303) 730-0858

AMY P. KNIGHT, ESQ. (CABN 286100)
Knight Law Firm, LLC
3849 E Broadway Blvd, # 288,
Tucson, AZ 85716-5407
Telephone: (520) 878-8849

Attorneys for Defendant MICHAEL REBOLLEDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 18-0119-RS (JCS) |
| Plaintiff | [~~PROPOSED~~] ORDER TO VACATE MAY 17, 2022 STATUS CONFERENCE |
| vs. | |
| JONATHAN AGUILAR, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, AND BASED ON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the May 17, 2022 status conference is vacated, without prejudice to the defense seeking permission from the Court to obtain additional grand

1

jury materials, at a later time, if needed.

DATED: May10, 2022

Hon. Joseph C. Spero
U.S. CHIEF MAGISTRATE JUDGE