1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CABN 124940)
   RICHARD EWENSTEIN (CABN 294649)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6842
        Fax: (415) 436-6753
8       Email: andrew.scoble@usdoj.gov
        Email: richard.ewenstein@usdoj.gov
9
   Attorneys for United States of America
10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,              )
                                            )  No.: CR 18-0119 RS
15         Plaintiff,                       )
                                            )
16     v.                                   )  STIPULATION TO EXCLUDE TIME FROM JUNE
                                            )  14, 2022 THROUGH SEPTEMBER 13, 2022 AND
17  JONATHAN AGUILAR, et al.                )  ORDER
                                            )
18         Defendants.                      )
                                            )
19  _____)

20
           It is hereby stipulated by and between counsel for the United States and counsel for defendants
21
    Jonathan Aguilar, Juan Carlos Gallardo, Orlando Hernandez, Michael Rebolledo, Mario Reyes, Eddy
22
    Urbina, and Weston Venegas that time be excluded under the Speedy Trial Act from June 14, 2022
23
    through September 13, 2022.
24
           At the status conference held on June 14, 2022, the government and counsel for the defendants
25
    agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to
26
    prepare, including by reviewing discovery and assessing what motions should be filed in light of
27
    evolving circumstances in the case.  For this reason and as further stated on the record at the status
28

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. CR 18-0119 RS

conference, the parties stipulate and agree that excluding time until September 13, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 14, 2022 through September 13, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

Dated: June 15, 2022
STEPHANIE M. HINDS
United States Attorney

By:     /s/
ANDREW M. SCOBLE
RICHARD EWENSTEIN
Assistant United States Attorneys

Dated: June 15, 2022
    /s/
MARTHA BOERSCH
Counsel for Jonathan Aguilar

Dated: June 15, 2022
    /s/
JULIA MEZHINSKY JAYNE
Counsel for Juan Carlos Gallardo

Dated: June 15, 2022
    /s/
HARRIS BRUCE TABACK
Counsel for Orlando Carlos Hernandez

Dated: June 15, 2022
    /s/
MARK GOLDROSEN
PAM HERZIG
DONALD KNIGHT
AMY P. KNIGHT
Counsel for Michael Rebolledo

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR 18-0119 RS

Dated:  June 15, 2022

                                                       /s/
GEORGE C. BOISSEAU
Counsel for Mario Reyes

Dated:  June 15, 2022

                                                   /s/
SHAFFY MOEEL
JAMES S. THOMSON
Counsel for Eddy Urbina

Dated:  June 15, 2022

                                                   /s/
GAIL SHIFMAN
Counsel for Weston Venegas

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on June 14, 2022 and for good cause shown, the Court finds that failing to exclude the time from June 14, 2022 through September 13, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 14, 2022 to September 13, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 14, 2022 through September 13, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  June 15, 2022

                                                 
HON. RICHARD SEEBORG
United States District Judge