STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    Fax: (415) 436-6753
    Email: andrew.scoble@usdoj.gov
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 18-0119 RS |
| Plaintiff, | |
| v. | STIPULATION CONTINUING HEARING AND EXCLUDING TIME FROM NOVEMBER 15, 2022 THROUGH JANUARY 24, 2023 AND ORDER |
| JONATHAN AGUILAR, et al. | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for defendants Jonathan Aguilar, Juan Carlos Gallardo, Orlando Hernandez, Michael Rebolledo, Mario Reyes, Eddy Urbina, and Weston Venegas that the status hearing currently set for November 15, 2022 be continued until January 24, 2023 and that time be excluded under the Speedy Trial Act from November 15, 2022 through January 24, 2023. Time has previously been excluded through November 15, 2022. ECF No. 469.

The parties agree that time should be excluded through the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing newly produced discovery and by discussing

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. CR 18-0119 RS

with the government possible resolutions to the case. On September 23 and 28, 2022, the government produced approximately 150 pages of discovery and over a dozen converted video files. Most significantly, on October 24, 2022, after the Court signed a limited time AOE protective order (ECF No. 476), the government voluntarily produced 985 pages of "cooperator discovery" which detailed to the defense, for the first time, names and statements of the cooperating witnesses who would be central to the government's case at trial.

For these reasons, the parties respectfully request that the Court continue the November 15, 2022 status hearing until January 24, 2023. The parties stipulate and agree that excluding time until January 24, 2023 will allow for the effective preparation of counsel and that the ends of justice served by excluding the time from November 15, 2022 through January 24, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

Dated: November 7, 2022				STEPHANIE M. HINDS
						United States Attorney

						By:	_____/s/_____
							ANDREW M. SCOBLE
							RICHARD EWENSTEIN
							Assistant United States Attorneys

Dated: November 7, 2022					_____/s/_____
							MARTHA BOERSCH
							Counsel for Jonathan Aguilar

Dated: November 7, 2022					_____/s/_____
							JULIA MEZHINSKY JAYNE
							Counsel for Juan Carlos Gallardo

Dated: November 7, 2022					_____/s/_____
							HARRIS BRUCE TABACK
							Counsel for Orlando Carlos Hernandez

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. CR 18-0119 RS

Dated: November 7, 2022                              /s/
                                                     MARK GOLDROSEN
                                                     DONALD KNIGHT
                                                     AMY P. KNIGHT
                                                     Counsel for Michael Rebolledo

Dated: November 7, 2022                              /s/
                                                     GEORGE C. BOISSEAU
                                                     Counsel for Mario Reyes

Dated: November 7, 2022                              /s/
                                                     SHAFFY MOEEL
                                                     JAMES S. THOMSON
                                                     Counsel for Eddy Urbina

Dated: November 7, 2022                              /s/
                                                     GAIL SHIFMAN
                                                     Counsel for Weston Venegas

### ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the November 15, 2022 status hearing to January 24, 2023. The Court finds that failing to exclude the time from November 15, 2022 through January 24, 2023 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 15, 2022 to January 24, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 15, 2022 through January 24, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 7, 2022                              _____
                                                     HON. RICHARD SEEBORG
                                                     United States District Judge

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR 18-0119 RS