1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CABN 124940)
   RICHARD EWENSTEIN (CABN 294649)
5  Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
7         Telephone: (415) 436-6842
          Fax: (415) 436-6753
8         Email: andrew.scoble@usdoj.gov
          Email: richard.ewenstein@usdoj.gov
9
   Attorneys for United States of America
10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,            )
   |                                      ) No.: CR 18-0119 RS
15 |      Plaintiff,                      )
   |                                      )
16 |   v.                                 ) STIPULATION CONTINUING HEARING AND
   |                                      ) EXCLUDING TIME FROM JANUARY 24, 2023
17 | JONATHAN AGUILAR, et al.             ) THROUGH FEBRUARY 13, 2023;
   |                                      ) AND [PROPOSED] ORDER
18 |      Defendants.                     )
   |                                      )
19 |                                      )

20

21        It is hereby stipulated by and between counsel for the United States and counsel for defendants

22 Jonathan Aguilar, Juan Carlos Gallardo, Orlando Hernandez, Mario Reyes, Eddy Urbina, and Weston

23 Venegas that the status hearing currently set for January 24, 2023 be continued to **February 13, 2023 at**

24 **9:30 a.m.**, and that time be excluded under the Speedy Trial Act from January 24, 2023 through

25 February 13, 2023.  Time has previously been excluded through January 24, 2023.  ECF No. 480.

26        The parties agree that time should be excluded through the Speedy Trial Act so that defense

27 counsel can continue to prepare the case effectively, including specifically receiving, reviewing and

28 discussing with their clients a supplemental voluntary production of sensitive cooperator discovery to be

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 18-0119 RS

produced pursuant to an extension of the current "limited duration" restrictive AEO protective order (ECF No. 476). These supplemental discovery materials were inadvertently omitted from the voluntary production of cooperator discovery in October 2022. The parties agree that it is appropriate for above-named defense counsel to consider these materials and discuss them with their clients, in an effort to further the parties' current, active negotiations regarding a possible plea resolution of this case.

For these reasons, the parties respectfully request that the Court continue the January 24, 2023 status hearing to February 13, 2023. The parties stipulate and agree that excluding time until February 13, 2023 will allow for the effective preparation of counsel and that the ends of justice served by excluding the time from January 24, 2023 through February 13, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned government counsel certify that they have obtained approval from defense counsel to file this stipulation and proposed order.

SO STIPULATED.

Dated: January 20, 2023                     STEPHANIE M. HINDS
                                            United States Attorney

                                        By:        /s/
                                            ANDREW M. SCOBLE
                                            RICHARD EWENSTEIN
                                            Assistant United States Attorneys

Dated: January 20, 2023                            /s/
                                            MARTHA BOERSCH
                                            Counsel for Jonathan Aguilar

Dated: January 20, 2023                            /s/
                                            JULIA MEZHINSKY JAYNE
                                            Counsel for Juan Carlos Gallardo

Dated: January 20, 2023                            /s/
                                            HARRIS BRUCE TABACK
                                            Counsel for Orlando Carlos Hernandez

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 18-0119 RS

Dated: January 20, 2023

          /s/
GEORGE C. BOISSEAU
Counsel for Mario Reyes

Dated: January 20, 2023

          /s/
SHAFFY MOEEL
JAMES S. THOMSON
Counsel for Eddy Urbina

Dated: January 20, 2023

          /s/
GAIL SHIFMAN
Counsel for Weston Venegas

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the January 24, 202 status hearing to **February 13, 2023 at 9:30 a.m.** The Court finds that failing to exclude the time from January 24, 2023 through February 13, 2023 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 24, 2023 through February 13, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and each of the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 24, 2023 through February 13, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 20, 2023

HON. RICHARD SEEBORG
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 18-0119 RS