ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    Fax: (415) 436-6753
    Email: andrew.scoble@usdoj.gov
          richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 18-0119 RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING CHANGE OF PLEA DATE FROM MAY 15, 2023 TO JULY 10, 2023 AND EXCLUDING TIME |
| JONATHAN AGUILAR, et al. | ) | |
| Defendants. | ) | |

    It is hereby stipulated by and between counsel for the United States and counsel for defendants Jonathan Aguilar, Juan Carlos Gallardo, Orlando Hernandez, Mario Reyes, Eddy Urbina, and Weston Venegas that the change of plea hearing currently set for May 15, 2023 be continued to July 10, 2023 and that time be excluded under the Speedy Trial Act from May 15, 2023 through July 10, 2023.

    As previously stated on the record on February 13, 2023, the government and counsel for the defendants have reached resolution of the cases in principle. At the parties' joint request, the Court previously continued the matter to May 15, 2023 for a change of plea hearing for all six defendants.

    The parties continue to work to reduce the defendants' individual resolutions to writing, and the defense requires continued access to and review of the limited duration AEO discovery for that purpose.

STIP. AND ORDER  Case
No. CR 18-0119 RS
                        1

The parties continue to discuss the precise language of each plea agreement, which requires close review and discussion of the discovery between the government and counsel for each defendant. Additionally, the government continues to seek the necessary authorization to resolve each defendant's case on the terms discussed with defense counsel.

For the foregoing reasons, the parties therefore agree that time should be excluded under the Speedy Trial Act to allow defense counsel to continue to review written plea agreements and cooperator discovery and to discuss the same with their clients. For these reasons, the parties stipulate and agree that excluding time until July 10, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 15, 2023 through July 10, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for all six defendants to file this stipulation and proposed order.

SO STIPULATED.

Dated: May 10, 2023　　　　　　　　　　　　ISMAIL J. RAMSEY
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　　　　　ANDREW M. SCOBLE
　　　　　　　　　　　　　　　　　　　　　　RICHARD EWENSTEIN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

Dated: May 10, 2023　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　MARTHA BOERSCH
　　　　　　　　　　　　　　　　　　　　　　MATTHEW DIRKES
　　　　　　　　　　　　　　　　　　　　　　Counsel for Jonathan Aguilar

Dated: May 10, 2023　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　JULIA MEZHINSKY JAYNE
　　　　　　　　　　　　　　　　　　　　　　Counsel for Juan Carlos Gallardo

Dated: May 10, 2023                 /s/
                                    HARRIS BRUCE TABACK
                                    CINDY DIAMOND
                                    Counsel for Orlando Carlos Hernandez

Dated: May 10, 2023                 /s/
                                    GEORGE C. BOISSEAU
                                    Counsel for Mario Reyes

Dated: May 10, 2023                 /s/
                                    SHAFFY MOEEL
                                    JAMES S. THOMSON
                                    Counsel for Eddy Urbina

Dated: May 10, 2023                 /s/
                                    JOHN JORDAN
                                    Counsel for Weston Venegas

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the change of plea hearing set from May 15, 2023 to **July 10, 2023 at 2:30 p.m.**  The Court finds that failing to exclude the time from May 15, 2023 through July 10, 2023 would unreasonably deny defense counsel and each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 15, 2023 to July 10, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 15, 2023 through July 10, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: May 11, 2023                 _____
                                    HON. RICHARD SEEBORG
                                    Chief United States District Judge