1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  ANDREW M. SCOBLE (CABN 124940)
   RICHARD EWENSTEIN (CABN 294649)

5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6842
       Fax: (415) 436-6753
8      Email: andrew.scoble@usdoj.gov
       Email: richard.ewenstein@usdoj.gov
9
   Attorneys for United States of America
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,           )
                                        ) No.: CR 18-0119 RS
15         Plaintiff,                   )
                                        )
16     v.                               ) STIPULATION TO EXCLUDE TIME FROM JULY
                                        ) 10, 2023 THROUGH OCTOBER 16, 2023; AND
17  JONATHAN AGUILAR, et al.            )  ORDER
                                        )
18         Defendants.                  )
                                        )
19 _____ )

20         It is hereby stipulated by and between counsel for the United States and counsel for defendants

21  Jonathan Aguilar, Juan Carlos Gallardo, Orlando Hernandez, Mario Reyes, Eddy Urbina, and Weston

22  Venegas that time be excluded under the Speedy Trial Act from July 10, 2023 through October 16,

23  2023.

24         At the status conference held on July 10, 2023, the government and counsel for the defendants

25  reported the following. As the parties have previously informed the Court, the government and counsel

26  for the defendants have reached resolutions of the defendants' cases in principle. At the parties' joint

27  request, the Court had previously set July 10, 2023 for a change of plea hearing for all six defendants.

28  However, as explained at the July 10, 2023 hearing, final approval within the Department of Justice has

still not been secured. Further, the parties are in some cases continuing to negotiate the precise factual statements in the written plea agreements, which requires reference to discovery, including certain sensitive discovery voluntarily produced by the government and subject to a "limited duration" Attorneys' Eyes Only protective order (which the government agrees will remain in effect until October 16, 2023). Moreover, the Supreme Court's recent decision in *United States v. Lora*, __ S. Ct. __, No. 22-49 (June 16, 2023) (18 U.S.C. § 924(j) does not fall within the mandatory minimum provisions of § 924(c)), requires the party to consider revising the agreed resolutions in terms of guidelines calculations and apportionment of prison terms by counts.

In addition, the United States Marshals Service has informed the parties and the Court that it is necessary to move at least four of the defendants to a pretrial detention facility that is located out of district. While there are reportedly VTC capabilities at this facility, the Marshals Service has indicated that it will need at least two months' notice to arrange transportation from this facility to the Court for an in-person appearances involving the affected defendants.

Accordingly, at the parties' joint request, the Court continued the matter to October 16, 2023 for change of plea for all six defendants. The parties agreed in open Court that, in light of all the facts set forth above and the other representations made at the hearing, time should be excluded under the Speedy Trial Act through October 16, 2023.

For all of the above reasons, and as further stated on the record at the status conference, the parties stipulate and agree that excluding time through October 16, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 10, 2023 through October 16, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

//
//
//
//
//

STIP. AND ORDER Case No. CR 18-0119 RS         2

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for all six defendants to file this stipulation and proposed order.

SO STIPULATED.

Dated: July 11, 2023                            ISMAIL J. RAMSEY
                                                United States Attorney

                                         By:      /s/
                                                ANDREW M. SCOBLE
                                                RICHARD EWENSTEIN
                                                Assistant United States Attorneys

Dated: July 11, 2023                               /s/
                                                MARTHA BOERSCH
                                                MATTHEW DIRKES
                                                Counsel for Jonathan Aguilar

Dated: July 11, 2023                               /s/
                                                JULIA MEZHINSKY JAYNE
                                                Counsel for Juan Carlos Gallardo

Dated: July 11, 2023                               /s/
                                                HARRIS BRUCE TABACK
                                                CINDY DIAMOND
                                                Counsel for Orlando Carlos Hernandez

Dated: July 11, 2023                               /s/
                                                GEORGE C. BOISSEAU
                                                Counsel for Mario Reyes

Dated: July 11, 2023                               /s/
                                                SHAFFY MOEEL
                                                JAMES S. THOMSON
                                                Counsel for Eddy Urbina

Dated: July 11, 2023                               /s/
                                                JOHN JORDAN
                                                Counsel for Weston Venegas

/ /

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on July 10, 2023, and for good cause shown, the Court finds that failing to exclude the time from July 10, 2023 through October 16, 2023 would unreasonably deny defense counsel and each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from July 10, 2023 through October 16, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 10, 2023 through October 16, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 11, 2023

HON. RICHARD SEEBORG
Chief United States District Judge