ILLOVSKY & CALIA LLP
Matthew Dirkes (State Bar No. 255215)
matt@illovskycalia.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
Jonathan Aguilar

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JONATHAN AGUILAR,<br><br>   Defendant. | Case No. 18-cr-0119-RS-1<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING FOR ONE WEEK** |

STIPULATION AND ORDER
CONTINUING SENTENCING HEARING
Case No.: 18-cr-0119-RS-1

This matter is set for sentencing on February 27, 2024, at 9:30 a.m. Counsel for Jonathan Aguilar and the United States of America, through undersigned counsel, hereby stipulate and request that the February 27, 2024, hearing be continued for one week to March 5, 2024, at 9:30 a.m. This request is made because of an oral argument undersigned counsel for Mr. Aguilar has in the Ninth Circuit that will interfere with his ability to adequately prepare Mr. Aguilar's sentencing memorandum by the deadline under the existing schedule.

Undersigned counsel for Mr. Aguilar has conferred with the United States Probation Officer for Mr. Aguilar and she confirmed that she has no objection to the requested continuance.

IT IS SO STIPULATED.

DATED:   January 25, 2024         /s/ Andrew Scoble
                                  Andrew Scoble
                                  Assistant United States Attorney

DATED:   January 25, 2024         /s/ Matthew Dirkes
                                  Matthew Dirkes
                                  Counsel for Defendant Jonathan Aguilar

**ORDER**

Having reviewed the foregoing stipulation and GOOD CAUSE having been shown, the sentencing hearing scheduled for February 27, 2024, is continued to March 5, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Date:  January 25, 2024

_____
HONORABLE RICHARD SEEBORG
United States Chief District Judge