ILLOVSKY & CALIA LLP
Matthew Dirkes (State Bar No. 255215)
matt@illovskycalia.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
Jonathan Aguilar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN AGUILAR,<br><br>　　　　　Defendant. | Case No. 18-cr-0119-RS-1<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING FOR THREE WEEKS** |

This matter is set for sentencing on March 5, 2024, at 9:30 a.m.  Counsel for Jonathan Aguilar and the United States of America, through undersigned counsel, hereby stipulate and request that the March 5, 2024, hearing be continued for three weeks to March 26, 2024, at 9:30 a.m.

Undersigned counsel for Mr. Aguilar has conferred with the United States Probation Officer for Mr. Aguilar and she confirmed that she has no objection to the requested continuance.

IT IS SO STIPULATED.

DATED:	February 23, 2024		*/s/ Andrew Scoble*
					Andrew Scoble
					Assistant United States Attorney

DATED:	February 23, 2024		*/s/ Matthew Dirkes*
					Matthew Dirkes
					Counsel for Defendant Jonathan Aguilar

**ORDER**

Having reviewed the foregoing stipulation and GOOD CAUSE having been shown, the sentencing hearing scheduled for March 5, 2024, is continued to March 26, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Date:   February 23, 2024		_____
					HONORABLE RICHARD SEEBORG
					United States Chief District Judge